| | | | |
|---|---|---|---|
| Wong v. Association of Apartment Owners of Kahala Beach | 21702 | 08/06/1999 | Affirmed |
| Doe Minors, In re | 21760 | 08/12/1999 | Affirmed |
| State v. Domingo | 21553 | 08/17/1999 | Affirmed |
| State v. Miyashita | 21588 | 08/23/1999 | Affirmed |
| State v. Eleneki | 21761 | 08/26/1999 | Affirmed |
| State v. Ramel | 21940 | 08/26/1999 | Affirmed |
| State v. Welch | 21643 | 08/27/1999 | Affirmed |
| State v. Connor | 21419 | 08/27/1999 | Affirmed |
| State v. Lee | 21661 | 09/03/1999 | Affirmed |
| Sildora v. State | 21863 | 09/08/1999 | Affirmed |
| Doe, In re | 21762 | 09/13/1999 | Affirmed |
| State v. Kaauamo | 21383 | 09/15/1999 | Vacated and Remanded |
| GE Capital Hawaii, Inc. v. Yonenaka | 21782 | 09/16/1999 | Affirmed |
| Association of Apartment Owners of Waikiki Grand Hotel v. Levai | 21687 | 09/17/1999 | Affirmed |
| State v. Phillips | 21509 | 09/17/1999 | Vacated and Remanded |
| Galloway v. Galloway | 22076 | 09/23/1999 | Affirmed |
| State v. Carroll | 22118 | 09/23/1999 | Affirmed |
| State v. Taufahema | 22037 | 09/24/1999 | Affirmed |
| Doe, In re | 21997, 22001 | 10/06/1999 | Affirmed |
| State v. Meyers | 21771 | 10/07/1999 | Affirmed |
| Munzig v. State | 21998 | 10/12/1999 | Affirmed |
| Star v. State | 21925 | 10/13/1999 | Affirmed |
| State v. Gonsales | 22009 | 10/14/1999 | Affirmed |
| State v. Argayoso | 21970 | 10/14/1999 | Affirmed |
| Kaplan v. Y-Bron Hawaii, Inc. | 21334 | 10/15/1999 | Affirmed |
| State v. Hiatt | 21158 | 10/26/1999 | Affirmed |
| Jones v. United Airlines, Inc. | 21818 | 10/26/1999 | Affirmed |
| Gilmore v. Akiba | 22096 | 10/29/1999 | Reversed |
| Gutierrez v. AIG Hawaii Ins. Co. | 21777 | 10/29/1999 | Affirmed |
| Nakaula v. State | 22158 | 11/01/1999 | Dismissed |
| Murakami v. KRDC, Inc. | 21806 | 11/29/1999 | Affirmed |
| Garbarino v. Artukovich | 22276 | 12/01/1999 | Affirmed |
| State v. Lista | 21584 | 12/06/1999 | Vacated and Remanded |
| State v. Depasquale | 21860 | 12/06/1999 | Vacated and Remanded |
| Barnett v. State | 21674 | 12/07/1999 | Affirmed |
| Moody v. Ross | 21847 | 12/14/1999 | Affirmed |
| State v. Nihei | 22004 | 12/17/1999 | Reversed |
| Doe Minors, In re | 21936 | 12/23/1999 | Affirmed |
| Aquarian Foundation v. Association of Apartment Owners of Waikiki Park Heights | 21732 | 12/27/1999 | Vacated and Remanded |
| Bartholomew v. Bartholomew | 21951 | 12/28/1999 | Affirmed in part, Vacated in part and Remanded |